UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMOND M. MARTIN,<br><br>    Defendant. | Case No. 09-cr-40037-JPG |

### MEMORANDUM AND ORDER

The Court, being fully advised of the premises and the fact that the jury has returned a verdict of guilty on Counts 1-15 of the Second Superseding Indictment (Doc. 36), hereby **ADJUDGES** Defendant Raymond Martin as follows:

- **GUILTY** on Count 1 of the Second Superseding Indictment, alleging the offense of distribution of marijuana;

- **GUILTY** on Count 2 of the Second Superseding Indictment, alleging the offense of distribution of marijuana;

- **GUILTY** on Count 3 of the Second Superseding Indictment, alleging the offense of distribution of marijuana;

- **GUILTY** on Count 4 of the Second Superseding Indictment, alleging the offense of carrying a firearm during and in relation to a drug crime;

- **GUILTY** on Count 5 of the Second Superseding Indictment, alleging the offense of carrying a firearm during and in relation to a drug crime;

- **GUILTY** on Count 6 of the Second Superseding Indictment, alleging conspiracy;

- **GUILTY** on Count 7 of the Second Superseding Indictment, alleging the offense of attempted witness tampering;

- **GUILTY** on Count 8 of the Second Superseding Indictment, alleging the offense of attempted witness tampering;

- **GUILTY** on Count 9 of the Second Superseding Indictment, alleging the offense of attempted witness tampering;

- **GUILTY** on Count 10 of the Second Superseding Indictment, alleging conspiracy;

- **GUILTY** on Count 11 of the Second Superseding Indictment, alleging the offense of

>   attempted witness tampering;
>
> - **GUILTY** on Count 12 of the Second Superseding Indictment, alleging the offense of attempted witness tampering;
>
> - **GUILTY** on Count 13 of the Second Superseding Indictment, alleging the offense of attempted witness tampering;
>
> - **GUILTY** on Count 14 of the Second Superseding Indictment, alleging conspiracy, and;
>
> - **GUILTY** on Count 15 of the Second Superseding Indictment, alleging aiding and abetting the attempt to structure financial transactions.

**IT IS SO ORDERED.**
**DATED: September 24, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
