IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND M. MARTIN,<br><br>    Defendant. | Case No. 09-cr-40037-JPG |

**ORDER**

Upon Motion of the United States to return funds to defendant Raymond M. Martin, the Court hereby **GRANTS** the Motion (Doc. 278).   The United States Marshal is directed to return $27,489.71 to Martin.   The return of funds shall be processed through and subject to the Treasury Offset Program, which will mean that said $27,489.71 can and will be used towards satisfying other debts, if any, to the United States with only the balance, if any, of said $27,489.71 to be returned to Martin.

**IT IS SO ORDERED.**

**DATED:** March 17, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
